UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VALLEYFIELD PARTNERS, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAIUS LONG,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:24-CV-03050-JPB |

# **ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc 3]. This Court finds as follows:

Defendant removed this action on July 9, 2024. [Doc. 1]. On July 15, 2024, United States Magistrate Judge Russell G. Vineyard issued a Final Report and Recommendation in which he recommended the case be remanded to the Magistrate Court of DeKalb County, Georgia, for lack of subject matter jurisdiction.

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 3] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Final Report and Recommendation, this case is hereby **REMANDED** to the Magistrate Court of DeKalb County, Georgia for lack of subject matter jurisdiction. The Clerk is **DIRECTED** to close this case and remit a copy of this Order to parties.

**SO ORDERED** this 6th day of August, 2024.

J. P. BOULEE
United States District Judge