

# Details - Case # 24D16358 - Envelope # 15752636

## Envelope

| | |
|---|---|
| **Envelope ID** | **Submitted date** |
| 15752636 | 08/07/2024 10:29 AM |
| **Submitted by** | **Username** |
| Gayle Ward | Gayle_Ward@gand.uscourts.gov |

## Case Information

**Court Location**
Dekalb County - Magistrate Court - Division 0

**Case Type**
Magistrate Dispossessory - Non Payment of Rent

**Case Category**
Civil

**Judge**
Anderson, Berryl A

## Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Defendant | all others | |
| Defendant | Jairus Long | |
| Plaintiff | Valleyfield Partners, LLC, dba Valleyfield Apartments, R James Properties Inc | Gracy M Barksdale |

## Filings

**Filing Code**



**Filing Type**
eFile Only

Client Ref #
1:24-CV-03050-JPB

## Service Contacts

| Party Type | Party Name | Service Contacts |
|---|---|---|
| Defendant | all others | 0 |
| Defendant | Jairus Long | 0 |
| Plaintiff | Valleyfield Partners, LLC, dba Valleyfield Apartments, R James Properties Inc | 0 |
| Other Service Contacts | | 0 |

## Fees

Payment account
**Clerk, U.S. District Court, Northern Georgia**
Party responsible for envelope fees
**Jairus Long**
Filing attorney
**Kevin P Weimer**
Order ID
Transaction Response
Transaction Amount
**$0.00**
Transaction ID

**Total**    **$0.00**
**Waiver Selected**